ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street #501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701

Attorney for Debtors
KRIKORIAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

HAIG ARAM KRIKORIAN
CYNTHIA LALIME KRIKORIAN

Debtors.

Case No.: 18-42850 RLE 11

Chapter 11

**EX PARTE MOTION TO EXTEND TIME TO FILE**

Judge: Hon. Roger L. Efremsky
Place: U.S. Bankruptcy Court
 1300 Clay Street
 Oakland, CA 94612

TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:

Haig Aram and Cynthia Lalime Krikorian ("Debtors"), through their attorney Robert L. Goldstein, move this Court for an order granting an extension of time, pursuant to Bankruptcy

1

EX PARTE MOTION TO EXTEND TIME TO FILE

Case: 18-42850    Doc# 15    Filed: 12/14/18    Entered: 12/14/18 12:35:25    Page 1 of 2

Rule (B.R.) 1007 and 9006, to file all outstanding schedules, statements and all other required documentation required to complete Debtors bankruptcy petition.

The above-entitled case was commenced on December 3, 2018 by the filing of an emergency voluntary petition under Chapter 11. At the time of filing Debtors filed the required Voluntary Petition, Statement of Social Security Number, Creditor Matrix, and Certificate of Credit Counseling. However, Debtors have had difficulty collecting all financial information required to complete the filing. At this time, Debtors are working to organize and disclose all accurate information. Debtors hopes to file outstanding schedules, statements and documents within the next 30 days, due to the coming holidays, and will thereafter complete filing requirements on or before January 14, 2019.

WHEREFORE, Debtors respectfully requests that the Court extend the time period to file the remaining schedules, statements and all other documents to January 14, 2019.

Date: December 14, 2018                    /s/ Robert L. Goldstein
                                           Robert L. Goldstein
                                           Attorney for Debtor